DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

RYAN DOYON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D19-4154

_____

September 3, 2021

Appeal from the Circuit Court for Lee County; Margaret O. Steinbeck, Judge.

Michael D. Gelety, Ft. Lauderdale, for Appellant.

Ashley Moody, Attorney General, Tallahassee and David Campbell, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

   Affirmed.

KELLY, SLEET, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.